# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

March 23, 2015

Mr. Paul Orfanedes  
Judicial Watch, Incorporated  
425 3rd Street, S.W.  
Suite 800  
Washington, DC 20024

    No. 15-40238   State of Texas, et al v. USA, et al  
                    USDC No. 1:14-CV-254

Dear Mr. Orfanedes,

We received your motion for leave to file amicus curiae brief in opposition to appellants' emergency motion for stay pending appeal.

We are taking no action on this motion as all documents whether supporting the motion to stay appeal or opposing the motion to stay appeal should have been filed by no later than March 19, 2015.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____  
                                    Dawn M. Shulin, Deputy Clerk  
                                    504-310-7658

cc:  Mr. J. Campbell Barker  
     Ms. Beth S. Brinkmann  
     Mr. Jeffrey A. Clair  
     Mrs. April L. Farris  
     Mr. Matthew Hamilton Frederick  
     Mr. Kyle R. Freeny  
     Mr. William Ernest Havemann  
     Mr. Scott A. Keller  
     Mr. Scott R. McIntosh  
     Mr. Alex Potapov  
     Mr. Noah Guzzo Purcell  
     Mr. Jay A. Sekulow