# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 26, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-40238   State of Texas, et al v. USA, et al
                 USDC No. 1:14-CV-254

Enclosed is an opinion entered in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Jamei R. Schaeffer, Deputy Clerk

Mr. Alexandre I. Afanassiev
Mr. Chirag Gopal Badlani
Mr. J. Campbell Barker
Mr. Michael Bekesha
Mr. James Davis Blacklock
Mr. David J. Bradley
Ms. Beth S. Brinkmann
Mr. Joseph Conrad Chapelle
Mr. Jeffrey A. Clair
Mrs. Angela Veronica Colmenero
Mrs. April L. Farris
Mr. Matthew Hamilton Frederick
Mr. Kyle R. Freeny
Mr. Matthew James Ginsburg
Ms. Kathleen Roberta Hartnett
Mr. William Ernest Havemann
Mr. Michael Hethmon
Mr. Lawrence John Joseph
Mr. Scott A. Keller
Mr. Stephen Blake Kinnaird
Mr. Adam Paul KohSweeney
Mr. Steven James Lechner
Mr. Gabriel Markoff
Mr. Scott R. McIntosh
Mr. Benjamin C. Mizer
Ms. Angelique Marie Montano

```
Mr. Leif A. Olson
Mr. William Jeffery Olson
Mr. Paul Orfanedes
Ms. Nina Perales
Mr. James Peterson
Mr. Bradley S. Phillips
Mr. Alex Potapov
Mr. Matthew E. Price
Mr. Noah Guzzo Purcell
Mr. Charles Eugene Roy
Mr. Jay A. Sekulow
Mr. Ilya Shapiro
Mr. Benjamin Gross Shatz
Mr. Jeremy W. Shweder
Mr. Clifford M. Sloan
Ms. Linda J. Smith
Ms. Karen Cassandra Tumlin
Mr. Seth Paul Waxman
Mr. Jonathan Weissglass
Mr. Dale Wilcox
Mr. Paul Reinherz Wolfson
Ms. Elizabeth Bonnie Wydra
Mr. Ernest Young
```