# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 20, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: United States, et al.
         v. Texas, et al.
         No. 15-674
         (Your No. 15-40238)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 20, 2015 and placed on the docket November 20, 2015 as No. 15-674.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Erik Fossum
         Case Analyst